UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MELINDA CROMER,

                Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security

                Defendants.

Case No. 2:17-cv-00304-RAJ-TLF

ORDER DENYING DEFENDANT'S MOTION TO DISMISS

The Court, having reviewed the Report and Recommendation of Magistrate Theresa L. Fricke, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendant's motion to dismiss (Dkt. 15) is DENIED.

(3) The Clerk is directed to send copies of this Order to counsel for plaintiff and counsel for defendant.

Dated this 20th day of December, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER DENYING DEFENDANT'S MOTION TO DISMISS - 1