# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Melinda C., <br><br> Plaintiff, <br><br> v. <br><br> NANCY BERRYHILL, Deputy Commissioner of Social Security Operations, <br><br> Defendant. | Case No. 2:17-cv-00304-RAJ <br><br> ORDER REVERSING DEFENDANT'S DECISION TO DENY BENEFITS |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) the Court adopts the Report and Recommendation; and

(2) the administrative decision is REVERSED and remanded for further administrative proceedings.

Dated this 31st day of October, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

REPORT AND RECOMMENDATION - 1